IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHAUN L. DUNN                                                                        PLAINTIFF

V.                                         NO. 11-3081

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                   DEFENDANT

## J U D G M E N T

In accordance with the Memorandum Opinion entered this same date, the Court hereby enters Judgment in favor of Defendant, pursuant to Defendant's Motion to Dismiss, as the Court lacks jurisdiction to review the Commissioner's decision not to reopen the prior denial of Title II benefits.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

DATED  this 17th day of August, 2012.

*/s/ Erin L. Setser*
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**